ANTONIO PELLINO and Another, Appellants, *v.* 3232 HULL AVENUE REALTY CORPORATION, Respondent, Impleaded with THE PEOPLE OF THE STATE OF NEW YORK and Others, Defendants.

First Department, February 17, 1933.

*Charles Novello,* for the appellants.

*Joseph A. Sarafite* of counsel [*Louis J. Naftalison* with him on the brief; *Sarafite & Naftalison,* attorneys], for the respondent.

PER CURIAM. No triable issue is presented by the answering affidavit. The mortgage is concededly past due and no consideration has been shown for the alleged extension agreement. The exact amount due may be determined before a referee appointed to compute.

The order should be reversed, with twenty dollars costs and disbursements, and the motion granted, with ten dollars costs.

Present — FINCH, P. J., MARTIN, O'MALLEY, SHERMAN and TOWNLEY, JJ.

Order reversed, with twenty dollars costs and disbursements, and motion granted, with ten dollars costs. Settle order on notice.